THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Profit Julious Finch, Appellant.
 
 
 

Appeal From Richland County
 John  L.  Breeden, Circuit Court Judge

Unpublished Opinion No.  2007-UP-275
 Submitted June 1, 2007  Filed June 6,
 2007

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission of
 Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Warren Blair
 Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Profit Finch entered a guilty plea to
 felony driving under the influence resulting in death.  He was sentenced to
 twelve years imprisonment.  He appeals.  
Pursuant to Anders v. California, 386 U.S. 738
 (1967), counsel for Finch attached to the final brief a petition to be relieved
 as counsel, stating he had reviewed the record and concluded Finchs appeal is
 without legal merit sufficient to warrant a new trial.  Finch did not file a
 separate pro se response.
After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Finchs appeal
 and grant counsels motion to be relieved.
APPEAL
 DISMISSED.
ANDERSON,
 HUFF, and BEATTY, JJ., concur.
 

[1]  Because oral argument would not aid the court in
 resolving the issues on appeal, we decide this case without oral argument
 pursuant to Rule 215, SCACR.